**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: July 21, 2015**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

IN RE: BILLY JOE WATTS — CASE NO.: 14-00259-NPO, CHAPTER 13

SELECT PORTFOLIO SERVICING, INC AS SERVICER FOR DLJ MORTGAGE CAPITAL, INC — MOVANT

VS

BILLY JOE WATTS — RESPONDENT

J. C. BELL — RESPONDENT

**AGREED ORDER**

Considering the Motion for Relief from Automatic Stay and for Abandonment "as to Debtor and Co-Debtor" filed on behalf of Select Portfolio, Inc (Dk#29 ), and the agreement between parties:

**IT IS HEREBY ORDERED** that the Motion for Relief is hereby denied and Debtor's plan is amended to now pay regular monthly mortgage payments through the chapter 13 plan not directly to movant beginning with the September 2015 payment in the amount of $1,272.18per month. The post petition arrears in the amount of $6,760.55, which represents the months of March 2015 through June 2015 @ $1251.78 each and July 2015 through August 2015 @ $1,272.18 each less $796.44 presently held in suspense, shall now be paid over the life of the plan.

BILLY JOE WATTS
CASE NO.: 14-00259-NPO
CHAPTER 13

The property bears the municipal address of 6965 Clarkdale 356, Meridian, MS 39301 affecting the following described property:

See Exhibit A attached hereto and made a part hereof.

**THAT**, Debtor's wage deduction be amended accordingly, with Debtor being responsible for plan payments.

**##END OF ORDER##**

APPROVED

/S/ MICHAEL JEDYNAK
Michael Jedynak
Attorney for Movant

Attorney
Douglas M. Engell

/s/ Samuel J. Duncan, Atty for
Trustee
J. C. Bell
14-00259

Presented by:
Michael Jedynak, MSB# 103014
Morris and Associates
2309 Oliver Road
Monroe, La. 71201
Telephone No: (318) 330-9020
mjedynak@ms.creditorlawyers.com

BILLY JOE WATTS
CASE NO.: 14-00259-NPO
CHAPTER 13

EXHIBIT A

MORE PARTICULARLY DESCRIBED AS FOLLOWS TO WIT:

Home-Land Title & Abstract File [illegible]

INDEX: PART OF THE SW ¼ OF SE ¼ OF SECTION 36, TOWNSHIP 5 NORTH, RANGE 15 EAST, LAUDERDALE COUNTY, MISSISSIPPI.

EXHIBIT "A"

INST. 2015001727 [illegible] 2741 P 413

COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHWEST ¼ OF THE SOUTHEAST ¼ OF SECTION 36, TOWNSHIP 5 NORTH, RANGE 15 EAST, LAUDERDALE COUNTY, MISSISSIPPI; THENCE NORTH 0 DEGREES 03 MINUTES 18 SECONDS WEST 990.02 FEET TO THE POINT OF BEGINNING OF THE HEREIN DESCRIBED LAND; THENCE SOUTH 66 DEGREES 06 MINUTES 42 SECONDS WEST 662.11 FEET TO A POINT ON THE EAST RIGHT-OF-WAY LINE OF A 50 FOOT WIDE PERMANENT ACCESS EASEMENT; THENCE NORTH 36 DEGREES 47 MINUTES 51 SECONDS WEST 166.79 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 62 DEGREES 34 MINUTES 18 SECONDS EAST 772.82 FEET TO A POINT; THENCE SOUTH 0 DEGREES 03 MINUTES 18 SECONDS EAST 239.89 FEET TO THE POINT OF BEGINNING, BEING A PART OF THE SOUTHWEST ¼ OF THE SOUTHEAST ¼ OF SECTION 36, TOWNSHIP 5 NORTH, RANGE 15 EAST, LAUDERDALE COUNTY, MISSISSIPPI AND CONTAINING 3.01 ACRES, MORE OR LESS.

AND ALSO:

BOOK 2285 PAGE 557

EASEMENT

COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHWEST ¼ OF THE SOUTHEAST ¼ OF SECTION 36, TOWNSHIP 5 NORTH, RANGE 15 EAST, LAUDERDALE COUNTY, MISSISSIPPI; THENCE SOUTH 89 DEGREES 55 MINUTES 34 SECONDS WEST 694.85 FEET TO A POINT IN THE EAST RIGHT-OF-WAY LINE OF A 50-FOOT WIDE PERMANENT ACCESS EASEMENT, SAID POINT BEING THE POINT OF BEGINNING OF THE HEREIN DESCRIBED EASEMENT; THENCE NORTH 14 DEGREES 18 MINUTES 31 SECONDS EAST 188.72 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 7 DEGREES 56 MINUTES 06 SECONDS WEST 139.16 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 14 DEGREES 34 MINUTES 55 SECONDS WEST 128.73 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 7 DEGREES 05 MINUTES 39 SECONDS WEST 52.48 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 4 DEGREES 55 MINUTES 02 SECONDS EAST 75.72 FEET ALONG SAID RIGHT-OF-WAY LINE, THENCE NORTH 30 DEGREES 55 MINUTES 50 SECONDS EAST 86.12 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 40 DEGREES 33 MINUTES 37 SECONDS EAST 76.04 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 2 DEGREES 56 MINUTES 48 SECONDS WEST 38.60 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 23 DEGREES 19 MINUTES 19 SECONDS WEST 45.51 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 36 DEGREES 47 MINUTES 51 SECONDS WEST 166.79 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 39 DEGREES 34 MINUTES 43 SECONDS WEST 94.31 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 42 DEGREES 13 MINUTES 41 SECONDS WEST 155.8 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 43 DEGREES 59 MINUTES 34 SECONDS WEST 119.2 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 34 DEGREES 20 MINUTES 21 SECONDS WEST 98.85 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 55 DEGREES 39 MINUTES 35 SECONDS WEST 50 FEET TO A POINT ON THE WEST RIGHT-OF-WAY LINE OF SAID ACCESS EASEMENT; THENCE SOUTH 34 DEGREES 20 MINUTES 32 SECONDS EAST 94.19 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 41 DEGREES 59 MINUTES 34 SECONDS EAST 122.54 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 43 DEGREES 15 MINUTES 40 SECONDS EAST 156.83 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 38 DEGREES 34 MINUTES 43 SECONDS EAST 96.31 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 36 DEGREES 47 MINUTES 51 SECONDS EAST 163.08 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 22 DEGREES 15 MINUTES 19 SECONDS EAST 33.63 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 40 DEGREES 35 MINUTES 37 SECONDS WEST 64.19 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 30 DEGREES 55 MINUTES 36 SECONDS WEST 82.06 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 4 DEGREES 33 MINUTES 02 SECONDS WEST 82.57 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 7 DEGREES 09 MINUTES 39 SECONDS EAST 40.85 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 14 DEGREES 34 MINUTES 55 SECONDS EAST 130.07 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 7 DEGREES 56 MINUTES 06 SECONDS EAST 137.60 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE SOUTH 34 DEGREES 18 MINUTES 51 SECONDS WEST 175.62 FEET ALONG SAID RIGHT-OF-WAY LINE; THENCE NORTH 89 DEGREES 55 MINUTES 34 SECONDS EAST 60.80 FEET TO THE POINT OF BEGINNING, BEING A PART OF THE SOUTHWEST ¼ OF THE SOUTHEAST ¼ OF SECTION 36, TOWNSHIP 5 NORTH, RANGE 15 EAST, LAUDERDALE COUNTY, MISSISSIPPI.